IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**TAMMY CAMPOS,**

       **Plaintiff,**

**vs.**                                   **No. CIV-09-0622 WJ/LAM**

**ELDO FREZZA, M.D.,**

       **Defendant.**

## ORDER GRANTING PLAINTIFF'S UNOPPOSED REQUEST FOR AN ADDITIONAL TEN DAYS TO OBTAIN DISCOVERY

**THIS MATTER** is before the Court on Plaintiff's request for additional time to obtain discovery, found in *Plaintiff's Report to the Court on Status of Limited Discovery (Doc. 18)* which was filed February 24, 2010 and which is unopposed. The Court had previously allowed Plaintiff limited discovery on the issue of whether the Court has personal jurisdiction over Defendant, and ordered the parties to file a notice with the Court by February 24, 2010, stating whether the information obtained through the limited discovery would necessitate any motions to amend or supplement the pleadings relating to the pending dispositive motions in this case. *See* ***Order Granting in Part Plaintiff's Request for Discovery in her Response to Defendant's Motion to Dismiss (Doc. 15)***. Plaintiff states that she obtained discovery responses from Defendant, which led to Plaintiff filing *Plaintiff's Motion for Leave to File First Supplemental Response in Opposition to Defendant's Rule 12(b)(2) Motion to Dismiss (Doc. 19)* on February 24, 2010. However, Plaintiff states that Presbyterian Healthcare Services in Albuquerque needs approximately seven more days to respond to Plaintiff's subpoena. *Plaintiff's Report to the Court on Status of Limited*

1

*Discovery (Doc. 18)* at 1.  Plaintiff asks for an extension of ten days to give Presbyterian Healthcare Services time to respond to the subpoena and states that Defendant does not oppose the motion.  *Id.* at 2.  Having considered Plaintiff's request and the record of the case, and having consulted with the presiding judge's chambers for his approval of Plaintiff's request, the Court **FINDS** that the request is well-taken and will be **GRANTED.**

**IT IS THEREFORE ORDERED** that Plaintiff's request for an additional ten (10) days to obtain discovery from Presbyterian Healthcare Services, found in *Plaintiff's Report to the Court on Status of Limited Discovery (Doc. 18)*, is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties must file a notice with the Court in CM-ECF *by Monday, March 8, 2010*, stating whether the information obtained from Presbyterian Healthcare Services will necessitate a second motion to amend or supplement any of the pleadings relating to the pending dispositive motions in this case, or if those pending motions are ready for the Court's ruling as of that date.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**

2